UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNN LANDRY, ET AL. | CIVIL ACTION |
| VERSUS | |
| WEST ASCENSION PARISH HOSPITAL SERVICE DISTRICT D/B/A PREVOST MEMORIAL HOSPITAL | NO. 20-00541-BAJ-SDJ |

## ORDER

Considering the Magistrate Judge's **Settlement Conference Order (Doc. 94)**, which reflects that the Parties have reached a compromise and settlement of all claims in this matter, and recommends a 60-day conditional order of dismissal,

**IT IS ORDERED** that this action is **DISMISSED**, without prejudice to the right, upon good cause shown, within 60 days, to reopen the action, if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the Parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 20th day of June, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JURY